930 A.2d 1254

**Victor BROWN, Appellant**

v.

**PENNSYLVANIA DEPARTMENT OF
CORRECTIONS, Appellee.**

Supreme Court of Pennsylvania.

Aug. 20, 2007.

*ORDER*

PER CURIAM.

The Order of the Commonwealth Court is AFFIRMED.

930 A.2d 1254

**COMMONWEALTH of Pennsylvania, Appellee**

v.

**Claude Edward ALLEN, Appellant.**

Supreme Court of Pennsylvania.

Argued Dec. 4, 2006.

Decided Aug. 20, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of August, 2007, the appeal is dismissed as having been improvidently granted.

Former Justice NEWMAN did not participate in the consideration or decision of this case.

930 A.2d 1255

**In re Allan Clifford BERKHIMER, District Justice in and for Magisterial District 47–3–06 Cambria County.**

Supreme Court of Pennsylvania.

Argued May 9, 2006.

Decided Aug. 20, 2007.